JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARZON, | Case No. CV 15-2951 PA (JC) |
| Petitioner, | JUDGMENT |
| v. | |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 4, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE